IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 19 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-844-OES

GLENN M. DAVIS,

    Plaintiff,

v.

JAMES E. DOYLE - Governor, State of Wisconsin,
E. MICHAEL MCCANN - Milwaukee County District Attorney,
ROBERT D. DONOHOO - Deputy District Attorney - Milwaukee, WI.,
MATTHEW J. FRANK - Secretary of Dept. of Corrections - State of WI.,
CATHRINE J. FARRY - Warden of New Lisbon Corr. Inst., as of date of this action,
LARRY FUCHS - Security Director of the New Lisbon Corr. Inst.,
RUDOLPH T. RANDA - Eastern District of Wisconsin, Chief Judge, United States
    District Court, Milwaukee, and
TED E. WEDEMEYER - Presiding Appealate [sic] Court Judge, Milwaukee,

    Defendants.

## ORDER DENYING MOTIONS

On June 17, 2005, this case was transferred to the United States District Court for the Western District of Wisconsin. Therefore, any pending motions filed by Plaintiff Glenn M. Davis subsequent to transfer are denied. Any future filings in this action will not be considered by the Court.

DATED at Denver, Colorado, this _16_ day of ___Sept___, 2005.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.   05-cv-00844-OES

Glenn M. Davis
Prisoner No. 340350
New Lisbon Corr. Inst.
P.O. Box 4000 Bldg A-2, Rm 44
New Lisbon, WI 53950

   I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/19/05

GREGORY C. LANGHAM, CLERK

By: _____
     Deputy Clerk