IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 29 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-844-OES

GLENN M. DAVIS,

    Plaintiff,

v.

JAMES E. DOYLE - Governor, State of Wisconsin,
E. MICHAEL MCCANN - Milwaukee County District Attorney,
ROBERT D. DONOHOO - Deputy District Attorney - Milwaukee, WI.,
MATTHEW J. FRANK - Secretary of Dept. of Corrections - State of WI.,
CATHRINE J. FARRY - Warden of New Lisbon Corr. Inst., as of date of this action,
LARRY FUCHS - Security Director of the New Lisbon Corr. Inst.,
RUDOLPH T. RANDA - Eastern District of Wisconsin, Chief Judge, United States
    District Court, Milwaukee, and
TED E. WEDEMEYER - Presiding Appealate [sic] Court Judge, Milwaukee,

    Defendants.

## ORDER TO STRIKE

On June 17, 2005, this case was transferred to the United States District Court for the Western District of Wisconsin. In an order filed on September 19, 2005, the Court informed Plaintiff Glenn M. Davis that any future filings in this action will not be considered by the Court.

Yet Mr. Davis continues to submit documents to the Court. On March 13, 2006, Mr. Davis submitted various documents. The clerk of the Court is ordered to strike

these documents and any other documents Mr. Davis may submit in this case in the future.

DATED at Denver, Colorado, this 28 day of March, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   05-cv-00844-ZLW

Glenn M. Davis
Prisoner No. 340350
New Lisbon Corr. Inst.
P.O. Box 4000 Bldg A-2, Rm 95
New Lisbon, WI 53950

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  3-29-06

GREGORY C. LANGHAM, CLERK

By: _____
         Deputy Clerk